## Commonwealth v. Hawkins, Appellant.

Submitted June 10, 1968. *Irving Warren Singer,* for appellant; *Paul R. Michel* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.